# STATE OF FLORIDA
## EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA
201 E. University Ave.
Gainesville FL.32601
(352) 374-3636

Plaintiff:
Chosten Caris
4415 SW 34TH ST,
APT.604
Gainesville,FL.32608
(239) 955-9010
carris1028@gmail.com

JUDGE:_____

CASE NO: 01-2023 CC 1809

Defendant:
David Michery , Ceo of
Mullen Automotive Inc & board.
1405 Pioneer St,
Brea,California 92821
1 (714) 613-1930
david@mullenusa.com
david@aol.com

I oppose "the defendant" reversal split decision for the following reasons stated below.

1.) I started a small position in the defendant(s) company, Mullen Automotive Inc. in March 2022 after he published an article about his company. It stated that they would deliver the most advanced Lithium Sulphur battery technology for the future.

2.) In addition, he made a surprise announcement that he would deliver two electric van models to a US customer within a few months , reportedly a major fortune 500 company .

3.) I ended up tripling my position after his press release but it all was fabricated .

4.) On April 7, 2022 ,Hindenburg , a research company that investigated the fraudulent company. They published a very disturbing article about him, stating that he was running a Ponzi scheme and had done this before. Also, stated that David Michery was making false statements to inflate the stock price so he could defraud investors. He was not going to manufacture any vans, import them, and rebrand every single one of them.

5.) On June 21, 2022, David stated he was going to build the vans for the customer and reveal the mystery Fortune 500 company by June 30,2022.

6.) On June 28th 2022, he sold 300,00 shares for the amount of $744.116. Also, on June 29th, 2022, he sold 350,00 shares for the amount of 391,965.00 dollars.

7.) On June 30,2022, he did not show up therefore missing the deadline. In June 2022, some shareholders sued Mullen Automotive over "Staggering" CEO pay.(case # 2022-0542. Also, there have been multiple lawsuits against Mullen, for improper share increase, non-disclosure and violations by the defendant & the board.

8.) On July 11th, 2022, David made a surprise announcement , he stated that he signed a Binding Agreement with Delpack Logistics. For DPC to purchase up to 600 vans 35 million dollars, class 2 Electric Cargo vans over the next 18 months. The first 300 vans could be delivered by November 30,2022 . However, this was another untrue statement. I had not heard a single word about the deal since the press release.

9.) On July 26, 2022, the Mullen board had a shareholder meeting at 9:30 a.m and    David failed to attend this meeting as well.

10.) On August 4, 2022, the defendant had an interview at Benzinga at 13:30 but claimed to be ill therefore he did not attend and didn't mention anything the mystery F500 company .

11.) On September 22,2022, he sold 750,000 shares for the amount of 297,375.00 dollars.

12.) On October 19, 2022, the defendant made another surprise announcement. The purchase of Elms assets and including the vans that were manufactured by the previous owner.

13.) On november 18,2022, The defendant had an interview on podcast and talked all things mullen but never unveiled the Fortune 500 company that was supposed to buy a lot of vans that he stated that would build for them prior.

14.) On December 13,2022, the defendant made a fourth surprise announcement, stating that Mullen signed his first US dealer, Randy Marion Automotive Group.

15.) On December 15,2022, at a press release he stated he received an order from the Randy Marion Automotive Group for 6000 class 2 Cargo vans for 200 million dollars. He would deliver these vans to the customer by the end of quarter one. Also, announced that Mullen was ramping up on production later.

16.) On February 16,2023, the CEO sold 1 493,276 for the amount of 4,726,276 dollars and saved himself a 58% loss.

17.) On March 31,2023, the defendant stated he delivered 7 EV Cargo vans to the University of North Carolina at Charlotte on March 28,2023 through Randy Marion.
It was intuitive to call Randy Marion (1(704) 235-6648), on March 28,2023 at 15:42. I spoke to a sales manager. Also, I spoke to another sales manager on April 11,2023, and both of them were honest. They both stated that Mullen Automotive did not manufacture any of the vehicles that were delivered to them but they all were rebranded.

18.) Mullen has not manufactured any vans of its own from March 22, 2022- present.
The company stock price has been declining since they published the article about him in April ,2022 and under pressure till present because of illegal insider trading and misled investors.

19.) There was a petition signed by more than 10,000 shareholders demanding him to take a look at why the stock price gradually declined.

20) The petitioner drove all the way to his office and handed the petition to him.

21.) The defendant never addressed the issue with the petition because it would move the stock price against his short sales / position.
He diluted his company stock price by more than 10,000 percent from March 2022 to April 2023 and increased the outstanding shares from 239.36 million to 3.8 billion shares in 13 months.

22.) He purposely manipulated the stock price for his own financial gain as well as his partners.

23.) David failed a few companies prior to Mullen Automotive and one of his partners, Terren Peizer, was recently charged for illegal insider trading. Peizer has backed numerous companies whose stocks have spiked highs, only to plummet later. This is what exactly happened to
Mullen Automotive Inc.

24.) On April 10, 2023, I found out that the defendant bought a Long Put against his own company back in June 2022, without any disclosure and recently cashed out his short sale position. When CEO's bet against their company, shareholders are the big losers.
If I had knowledge that the defendant was betting against his own company for his own personal gain and I would never have invested in said company.

The defendant violated the Securities Law, the SEC rule 10b-5, which prohibits a CEO from selling Short Sales against his own company. It is one most important rule targeting securities fraud.

I believe the defendant should be held accountable for misleading investors and publishing false claims about his company for his own self and partners interest. I suffered a major loss due to him running a fraudulent company. He defrauded me and am asking the court to award me all the losses that I incurred during the investment, over $30,000.00. Also, recompense me Financial and punitive damages.

NAME Chosten Caris
Signature: [signature]
Dated 4-26-2023.

## CERTIFICATE OF SERVICE

I HERE CERTIFY that a true and correct copy of the foregoing has been duly furnished by e-Mail to each parties hereto on this ___ day of _____, 2023.

DATED _____

David Michery
Mullen automotive
1405 pioneer Street
Brea, California 92281
1(714) 613-1930
David@mullenusa.com
David@aol.com
Mullenusa.com