IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHOSTEN CARIS,

    Plaintiff,

v.                                     CASE NO. 1:23cv120-RH-MAF

DAVID MICHERY,

    Defendant.

_____/

**ORDER QUASHING SERVICE OF PROCESS
AND DENYING MOTIONS AS MOOT**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 28, and the responses, ECF Nos. 29, 30, and 32. The report and recommendation is correct and is adopted as the court's opinion.

IT IS ORDERED:

The prior service of process is quashed. The plaintiff must effect proper service on the defendant by December 11, 2023, or show cause why the case should not be dismissed for failure to do so. Except as so provided, all pending motions, ECF Nos. 9, 11, and 26, are denied as moot.

SO ORDERED on November 9, 2023.

                                                s/Robert L. Hinkle
                                                United States District Judge